Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542

Attorney for Plaintiff,
Patricia Zigmund

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ZIGMUND, | CASE NO. C05-05260 PJH |
| Plaintiff, | |
| vs. | REQUEST TO CONTINUE CMC DATE AND STIPULATION TO CONTINUE |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

PLAINTIFF, PATRICIA ZIGMUND, respectfully requests the CMC presently set for April 20, 2:30 p.m., be rescheduled for Thursday, April 27, 2:30 p.m. Plaintiff's counsel is in a trial in Contra Costa County Superior Court, and the trial has been continued to Thursday, April 20, 2006, 10:00 a.m. It is scheduled to conclude Monday, April 24, 2006.

It is stipulated between the parties through their respective counsel of record that the CMC may be re-set for April 27, 2006, 2:30 p.m.

DATED: April 19, 2006

                      Law Offices Of P. Randall Noah

                      By: _____

                      P. Randall Noah
                      Attorney for Plaintiff,
                      Patricia Zigmund

DATED: April 19, 2006    Ropers, Majeski, Kohn & Bentley

                      By: _____
                      Kathryn C. Curry
                      Attorneys for Defendant
                      Liberty Life Assurance
                      Company of Boston

ORDER

IT IS SO ORDERED.

Dated: 4/20/06 _____
                PHY
                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*