1 PAMELA E. COGAN (SBN 105089)
  KATHRYN C. CURRY (SBN 157099)
2 ERIN A. CORNELL (SBN 227135)
  ROPERS, MAJESKI, KOHN & BENTLEY
3 1001 Marshall Street
  Redwood City, CA 94063
4 Telephone: (650) 364-8200
  Facsimile: (650) 780-1701

5
  Attorneys for Defendant
6 LIBERTY LIFE ASSURANCE COMPANY OF
  BOSTON

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 PATRICIA ZIGMUND,                      CASE NO. C 05-05260 PJH

13               Plaintiff                STIPULATION AND [PROPOSED]
                                          ORDER OF DISMISSAL OF ACTION
14       v.                               WITH PREJUDICE

15 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON,
16
                 Defendant
17

18       IT IS HEREBY STIPULATED by and between plaintiff PATRICIA ZIGMUND and

19 defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective

20 counsel of record herein, that the above-captioned matter be dismissed with prejudice. Each party

21 shall bear its own fees and costs.

22       IT IS SO STIPULATED.

23 July 13, 2006                          LAW OFFICES OF P. RANDALL NOAH

24

25                                        By _____
26                                           P. RANDALL NOAH
                                             Attorneys for Plaintiff
27                                           PATRICIA ZIGMUND

28
                                                    STIPULATION AND ORDER OF DISMISSAL –
   RC1/4079715.1/ECC          - 1 -                 CASE NO. C 05-05260 PJH

1  Dated: July 13, 2006                    ROPERS, MAJESKI, KOHN & BENTLEY

3                                       By: /s/ Kathryn C. Curry
4                                          PAMELA E. COGAN
                                           KATHRYN C. CURRY
                                           ERIN A. CORNELL
5                                          Attorneys for Defendant
                                           LIBERTY LIFE ASSURANCE
6                                          COMPANY OF BOSTON

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 31, 2006



_____
Honorable _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

RC1/407973 1/KCC         - 2 -         STIPULATION AND ORDER OF DISMISSAL –
                                       CASE NO. C 05-05260 PJH